*3*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SEAN LEE ,

        Defendant.

> Case: 4:19-cr-20454
> Judge: Michelson, Laurie J.
> MJ: Davis, Stephanie Dawkins
> Filed: 07-02-2019
> INFORMATION USA v. LEE (dw)

---

## INFORMATION

---

**THE UNITED STATES ATTORNEY:**

### COUNT ONE
### 21 U.S.C. § 841(a)(1);
### DISTRIBUTION OF METHAMPHETAMINE

On or about February 26, 2019, in the Eastern District of Michigan, SEAN LEE, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### FORFEITURE ALLEGATION

The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America of certain property in

which the defendant has an interest, pursuant to the provisions of Title 21, United States Code, Section 853.

Upon conviction of an offense alleged in Count One of this Information, the defendant so convicted shall forfeit to the United States any property constituting or derived from any proceeds which the defendant obtained, directly or indirectly, or any property traceable thereto, as the result of such violation, any property which the defendant used or intended to be used in any manner or part to commit or to facilitate the commission of such violation, and/or any property involved in such violation, or any property traceable thereto.

Dated: July 2, 2019

MATTHEW SCHNEIDER
United States Attorney


s/NANCY A. ABRAHAM                           s/ANTHONY P. VANCE
NANCY A. ABRAHAM (P42060)         ANTHONY P. VANCE
Assistant United States Attorney       Assistant United States Attorney
600 Church Street                          Chief, Branch Offices
Flint, MI  48502
(810) 766-5177

(Companion Case information MUST be completed by AUSA and initialed.)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

Case: 4:19-cr-20454
Judge: Michelson, Laurie J.
MJ: Davis, Stephanie Dawkins
Filed: 07-02-2019
INFORMATION USA v. LEE (dw)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

## Companion Case Information

Companion Case Number:

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

Judge Assigned:

☐ Yes   ☐ No

AUSA's Initials:   NAA

**Case Title:** USA v.   SEAN LEE

**County where offense occurred :** GENESEE

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

_____ Indictment/_____ Information --- **no** prior complaint.
_____ Indictment/_XX_ Information --- based upon prior complaint [Case number: 19-MJ-30084]
_____ Indictment/_____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

_____July 2, 2019_____
Date

s/NANCY A. ABRAHAM
Assistant United States Attorney
600 Church Street
Flint, MI  48502
Phone: 810-766-5177
Fax:810-766-5427
Attorney Bar # P42060

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.